# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| Paola Canas, et al. | : | Case No. 1:18-CV-2549 |
|---|---|---|
| Plaintiff | : | |
| vs. | : | **STIPULATION** |
| Threesome Entertainment, et al. | : | |
| Defendants | : | |

Now come the Defendants, Threesome Entertainment, Inc. dba Top Hat Gentlemen's Club and Foresome Entertainment, Inc. dba The Top Hat Gentlemen's Club, pursuant to The Rules of United States District Court, and do hereby stipulate that the Defendants shall have an additional 30 days in which to move or otherwise plead in response to the Plaintiffs' Complaint.

Defendants' responsive pleading shall be served in accordance with the Federal Rules of Civil procedure on or before January 31, 2019

APPROVED:

**/s/David C. Harman**
David C. Harman   #0087882
Attorney for Plaintiffs

**/s/Joseph L. Jerger**
Joseph L. Jerger   #0046640
Attorney for Defendants
BAYER, JERGER & UNDERWOOD
362 Lexington Avenue
Mansfield, OH 44907
phone: (419) 756-7711
fax:     (419) 756-9566
bjalaws@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Stipulation was mailed by regular U.S. Mail this 3rd day of January, 2019 to the following:

David C. Harman, Esq.
Attorney for Plaintiff
Burg, Simpson
312 Walnut St., Suite 2090
Cincinnati, OH 45202

**/s/Joseph L. Jerger**
Joseph L. Jerger   #0046640
Attorney for Defendants
BAYER, JERGER & UNDERWOOD
362 Lexington Avenue
Mansfield, OH 44907
phone: (419) 756-7711
fax:     (419) 756-9566
bjalaws@hotmail.com